# United States District Court
# For The Western District of North Carolina
# Charlotte Division

David Willis,

       Petitioner,                    JUDGMENT IN A CIVIL CASE

vs.                                      3:08-cv-517-RJC

United States of America,

       Respondent.

DECISION BY COURT. This action having come before the Court by Petition for Writ of Habeas Corpus pursuant to 28 USC § 2241 and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 30, 2009 Order.

                                            September 30, 2009

*Frank G. Johns, Clerk*
*United States District Court*